# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:16cr017 |
| vs. | : | District Judge Walter H. Rice<br>Chief Magistrate Judge Sharon L. Ovington |
| SHERROD J. DYER, | : | |
| Defendant. | : | |

## ORDER

This matter came before the Court for hearing on March 15, 2016 before Chief United States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #14). Having conducted a full colloquy with Defendant Sherrod J. Dyer, the Magistrate Judge concluded that his plea of guilty is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty.

The Court, noting that no Objections to the Report and Recommendations have been filed and that the time for filing Objections has expired, hereby ADOPTS in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's de novo review of the record and the findings by the United States Magistrate Judge, this Court adopts the findings and recommendations of the United States Magistrate Judge and finds that Defendant Sherrod J.

Dyers' guilty plea was knowing, intelligent, and voluntary. Final acceptance of Defendant's guilty plea is deferred pending review of the pre-sentence investigation report.

_____
Walter H. Rice
United States District Judge